IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| William T. Morgen, II | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| Adler Wallach & Associates, Inc. d/b/a AWA Collections | : | NO. 18-cv-04581 |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, William T. Morgen, II, by and through his counsel, Robert M. Morris, Esq., of Morris & Adelman, P.C., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Adler Wallach & Associates, Inc. d/b/a AWA Collections. Plaintiff reserves the right to reinstate the action in the event defendant fails to meet the conditions of the December 14, 2018, settlement agreement.

Date: December 17, 2018

MORRIS & ADELMAN, P.C.

ROBERT M. MORRIS, ESQ.
P.O. Box 2235
Bala Cynwyd, PA 19004
215-568-5621
rmmorris@morrisadelman.com